FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH

MAY 13 2025

GARY P. SERDAR
CLERK OF COURT
BY _____
DEPUTY CLERK

FELICE JOHN VITI, Acting United States Attorney (#7007)
BRADY WILSON, Assistant United States Attorney (#17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4266
brady.wilson@usdoj.gov

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | COUNT 1: 18 U.S.C. § 1361, Damaging Government Property |
| vs. | |
| RYAN MICHAEL GAINES, | Case: 4:25-cr-00054<br>Assigned To : Allen, Ann Marie McIff<br>Assign. Date : 5/12/2025<br>Description: USA v. |
| Defendant. | |

The Grand Jury charges:

### COUNT 1
### 18 U.S.C. § 1361
### (Damaging Government Property)

On or about April 18, 2025, in the District of Utah,

RYAN MICHAEL GAINES,

defendant herein, did willfully injure and commit depredation and attempt to injure and commit depredation against property of the United States, to wit: a Department of

Homeland Security Transit Van, and the resulting damage did exceed the sum of $1,000; in violation of 18 U.S.C. § 1361.

                                                A TRUE BILL:

                                                /s/

                                        FOREPERSON OF THE GRAND JURY

FELICE JOHN VITI
Acting United States Attorney

BRADY WILSON
Assistant United States Attorney